COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 August 17, 2016
 No. 10-15-00168-CR
 ERIC MOSQUEDA
 v.
 THE STATE OF TEXAS
 
 center-4254500
 From the 54th District Court
 McLennan County, Texas
 Trial Court No. 2013-1757-C2
 
--------------------------------------------------------------------------------
JUDGMENT

This Court has reviewed the briefs of the parties and the record as relevant to the issues raised in this proceeding and finds that no reversible error is presented. Accordingly, the trial court's judgments signed on May 11, 2015 are affirmed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement. 
 PER CURIAM
 SHARRI ROESSLER, CLERK 
2993390-15811500 By: ___________________________
 Nita Whitener, Deputy Clerk
1304290795845500